*E-FILED - 12/8/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L. C. HARMON,<br><br>    Petitioner,<br><br>  v.<br><br>B. CURRY, Warden<br><br>    Respondent. | No. C 09-1495 RMW (PR)<br><br>ORDER GRANTING EXTENSION OF TIME FOR PETITIONER TO FILE OPPOSITION TO RESPONDENT'S MOTION TO DISMISS<br><br>(Docket No. 8) |

Petitioner, a state prisoner, filed a pro se petition for a writ of habeas corpus. Good cause appearing, the court GRANTS petitioner an extension of time in which to file an opposition to respondent's motion to dismiss. The time in which petitioner may file his opposition to respondent's motion to dismiss will be extended up to and including **December 16, 2009**. Respondent shall file a reply brief no later than **fifteen (15) days** after the date petitioner's opposition is filed.

This order terminates docket no. 8.

IT IS SO ORDERED.

DATED:  12/7/09

*Ronald M. Whyte*

RONALD M. WHYTE
United States District Judge

Order Granting Extension of Time for Petitioner to File Opposition to Respondent's Motion to Dismiss
P:\PRO-SE\SJ.Rmw\HC.09\Harmon495.EOT-OPPO.wpd