*E-FILED - 9/16/10*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L. C. HARMON, | No. C 09-1495 RMW (PR) |
| Petitioner, | ORDER GRANTING PETITIONER'S REQUEST FOR ENLARGEMENT OF TIME TO FILE AMENDED PETITION |
| v. | |
| B. CURRY, Warden, et al., | |
| Respondents. | (Docket No. 13) |

Good cause appearing, petitioner's motion for enlargement of time in which to file an amended petition is GRANTED. Petitioner shall file his amended petition on or before **September 30, 2010**.

IT IS SO ORDERED.

DATED: 9/16/10

*/s/ Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Order Granting Petitioner's Request for Enlargement of Time to File Amended Petition
P:\PRO-SE\SJ.Rmw\HC.09\Harmon495.EOT-AP.wpd