*E-FILED - 1/27/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| L.C. HARMON, | ) | No. C 09-1495 RMW (PR) |
| Petitioner, | ) | ORDER OF DISMISSAL |
| vs. | ) | |
| B. CURRY, Warden, | ) | |
| Respondent. | ) | |

Petitioner, a state prisoner proceeding pro se, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On June 29, 2010, the court granted respondent's motion to dismiss and directed petitioner file an amended petition within sixty days. The court warned petitioner that a failure to file his amended petition in a timely manner would result in dismissal of this action without prejudice. On August 3, 2010, petitioner requested an extension of time to file his amended petition. The court granted the extension of time and instructed petitioner to file his amended petition on or before September 30, 2010. To date, petitioner has not communicated with the court. Accordingly, this case is DISMISSED without prejudice for failure to comply with court orders. The clerk shall terminate all motions, enter judgment, and close the file.

IT IS SO ORDERED.

DATED: 1/25/11

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Order of Dismissal
P:\PRO-SE\SJ.Rmw\HC.09\Harmon495dis.wpd